# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION                              MDL No. 2606

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On April 3, 2015, the Panel transferred 15 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Robert B. Kugler.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Kugler.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 3, 2015, and, with the consent of that court, assigned to the Honorable Robert B. Kugler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 16, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

IN RE: BENICAR (OLMESARTAN) PRODUCTS
LIABILITY LITIGATION

MDL No. 2606

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 15-00171 | Mcallister v. Daiichi Sankyo, Inc. et al |
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 15-00192 | Love et al v. Daiichi Sankyo, Inc. et al |
| **ARIZONA** | | | |
| AZ | 2 | 15-00227 | Phillips v. Daiichi Sankyo Incorporated et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 15-00429 | Twila Aldrich v. Daiichi Sankyo, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 15-00159 | Verduzco et al v. Daiichi Sankyo, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 15-21144 | Kemp v. Daiichi Sankyo, Inc. et al |
| FLS | 1 | 15-21145 | Freeman v. Daiichi Sankyo, Inc. et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 15-00041 | Stirnaman v. Daiichi Sankyo Inc et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 15-00792 | Himel et al v. Daiichi Sankyo, Inc. et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 15-00099 | Jones v. Daiichi Sankyo, Inc. et al |

MAINE

| | | | |
|---|---|---|---|
| ME | 2 | 15−00017 | MILLER v. DAIICHI SANKYO INC et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 15−00160 | Beckjorden, et al. v. Daiichi Sankyo, Inc., et al. |
| MN | 0 | 15−00176 | O'Neill v. Daiichi Sankyo, Inc. et al |
| MN | 0 | 15−00542 | Deming v. Daiichi Sankyo, Inc. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 3 | 15−00026 | Matheny v. Daiichi Sankyo, Inc. et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 1 | 15−00042 | Meyer v. Daiichi Sankyo, Inc. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 15−00287 | Hogan et al v. Daiichi Sankyo, Inc. et al |
| NYS | 1 | 15−00605 | Bonanni v. Daiichi Sankyo, Inc. et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 15−00173 | PINCKNEY ET AL., V. DAIICHI SANKYO, INC., ET AL. Pinckney et al v. Daiichi Sankyo, Inc. et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 5 | 15−00574 | Heckaman v. Daiichi Sankyo, Inc. et al |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 14−01950 | Manley v. Daiichi Sankyo, Inc. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 3 | 15−00103 | McMurray et al v. Daiichi Sankyo, Inc. et al (PLR2) |